**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| VARNADOR SUTTON, ) <br> ) <br>                Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et ) <br> al., ) <br> ) <br>                Defendants. ) <br> ) | 1:12-cv-531-TWP-DML |

**Entry Discussing Selected Matters**

**I.**

The clerk shall not issue the summons tendered by the plaintiff unless it is determined that a viable claim has been asserted against one or both of the defendants. This process is required by 28 U.S.C. § 1915A(b) because of the plaintiff's status as a prisoner as defined in 28 U.S.C. § 1915(h). Pursuant to § 1915A(b), "[a] complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief." *Jones v. Bock,* 127 S. Ct. 910, 921 (2007); *see also Balistreri v. Pacifica Police Dep't,* 901 F.2d 696, 699 (9th Cir. 1990)("Dismissal under Rule 12(b)(6) can be based on the lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal theory.").

## II.

### A.

The complaint announces that the plaintiff's claims are asserted against Assistant United States Attorney Winfield Ong and against the United States pursuant to the theory recognized in *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 38 (1971). The claim against defendant Ong would appear to be barred by prosecutorial immunity, *see Fields v. Wharrie,* 672 F.3d 505, 510 (7th Cir. 2012)("A prosecutor is absolutely immune from suit for all actions and decisions undertaken in furtherance of his prosecutorial duties.")(citing *Imbler v. Pachtman,* 424 U.S. 409, 410 (1976)), whereas no *Bivens* claim can be asserted against the United States. *See FDIC v. Meyer,* 510 U.S. 471, 475 (1994)("Absent a waiver, sovereign immunity shields the Federal Government and its agencies from suit.")

### B.

In light of the foregoing, and because the complaint must be dismissed if it fails to state a claim upon which relief can be granted, *Lagerstrom v. Kingston*, 463 F.3d 621, 624 (7th Cir. 2006), the plaintiff shall have **through July 18, 2012**, in which to show cause why the action should not be dismissed for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Date: 06/26/2012 _____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Varnador Sutton
59257-029
Atlanta U.S. Penitentiary
P.O. Box 150160
Atlanta, GA 30315